# Order

Michigan Supreme Court
Lansing, Michigan

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

148458

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 148458
               COA: 317647
               Muskegon CC: 02-048156-FC

WILLIE LEE BROOKS,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 14, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



t0324

                  Clerk